ABRAHAM H. SARASOHN, Plaintiff, v. PEOPLE'S THEATRE COMPANY, Defendant. In the Matter of the Application for an Order Authorizing the Payment to FREDERICK I. LOCKMAN, Esq., of His Fees as Referee in the Action of HENRY C. S. STIMPSON, as Receiver of the People's Theatre Company, Appellant, against MINSKER REALTY COMPANY and Others, and to Reimburse A. H. SARASOHN for Advertising Charges. ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted authorizing

the receiver to pay to the referee his lawful fees as referee, and to pay the attorney his disbursements for advertising and printing. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

BECKIE BLINDER, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOSEPH KAVANAUGH, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

LAURA MASON, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

JOSEPH KAVANAUGH, Respondent, v. FORTY-SECOND STREET, MAN-HATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.